**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | December 17, 2018 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Cedric Greene
4852 Saint Elmo Drive, Unit 7
Los Angeles, CA 90019

**RE:** **18-1291, Greene v. Logisticare Solutions**
Dist/Ag docket: 1:18-CV-01218-LTB

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/lab